Case 2:21-cv-00214   Document 21   Filed on 12/03/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHADWICK MCMILLEN, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00214 |
| BUREAU OF PRISONS, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"), entered on November 19, 2021. (D.E. 18). The M&R recommends that the Court (1) dismiss the Bureau of Prisons ("BOP") from this action; (2) dismiss with prejudice Plaintiff's Eighth Amendment claims against Officer B. Castro in his official capacity; (3) dismiss with prejudice Plaintiff's Eighth Amendment claims against Officer B. Castro in his individual capacity for failure to state a claim for relief. *Id.* at 1. Lastly, the M&R recommends that the dismissal of this case be counted as a "strike" for purposes of 28 U.S.C. § 1915(g). (D.E. 18, p. 1–2). Plaintiff timely filed objections to the M&R on December 1, 2021. (D.E. 20).

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections in their entirety. (D.E. 20, p. 1–2). Plaintiff does not object to the M&R's recommendation that the BOP be dismissed, nor does Plaintiff object

to the M&R's recommendation that Officer B. Castro be dismissed in his official capacity. *Id.* at 1. Rather, Plaintiff objects to the M&R's recommendation that Officer B. Castro be dismissed in his individual capacity for failure to state a claim. *Id.* In so objecting, Plaintiff seemingly re-argues the merits of his *Bivens* claim. *Id.* at 1–2. For the same reasons set forth in the M&R, this objection is **overruled.** (D.E. 20).

## Conclusion

(1) Plaintiff's D.E. 20 objections are **OVERRULED**.

(2) The Court **ADOPTS** the M&R in its entirety. (D.E. 18).

(3) Plaintiff's amended complaint (D.E. 13) is **DISMISSED with prejudice** for failure to state a claim for relief.

(4) This dismissal is counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **INSTRUCTED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

A final judgment will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 3rd, 2021